# Court of Appeals
# of the State of Georgia

ATLANTA, February 19, 2013

*The Court of Appeals hereby passes the following order*

**A13D0209. CLAYTON COUNTY BOARD OF EDUCATION v. GALA RACHELE.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2012CV02433



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, February 19, 2013.

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Hally K. O. Sparrow*  , Clerk.